# ORIGINAL

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 1 8 2012 ★

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
WEBSTER DRUMMOND --------------x
441 11 12786

_____,
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY TRIAL DEMAND
YES ✓     NO _____

-against-

NEW YORK CITY POLICE
DEPARTMENT 105 PCT
NEW YORK CITY

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

**CV 12 -      3698**

**KUNTZ, J.**

NEW YORK CITY Defendants.
--------------x

**J. OR ENSTEIN, M.J.**

I.    Previous Lawsuits:

    A.    Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment? Yes ( ) No (X)

    B.    If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____
            _____

            Defendants: _____
            _____

        2. Court (if federal court, name the district;
           if state court, name the county)
        _____

        3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.    Place of Present Confinement: _____

A.  Is there a prisoner grievance procedure in this institution?  Yes ( ) No ( )

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?   Yes ( )   No ( )

C.  If your answer is YES,

1.  What steps did you take? _____
_____
_____

2.  What was the result? _____
_____

D.  If your answer is NO, explain why not _____
_____

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?  Yes ( )   No ( )

F.  If your answer is YES,

1.  What steps did you take? _____
_____
_____

2.  What was the result? _____
_____

2

III.   Parties:

    (In item A below, place your name in the first blank and place your present
    address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff WEBSTER DRUMMOND 441 11 12786

Address 18-18 HAZEN ST EAST ELMHURST Qns N.Y. 11370

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served.
Plaintiff must provide the address for each defendant named.

Defendant No. 1          NEW YORK CITY

Defendant No. 2          NEW YORK CITY POLICE DEPT
                         105 PCT. QUEENS NEW YORK

Defendant No. 3          DEC 29 2011
                         TRANSPORT OFFICER
                         105 PCT QUEENS NEW YORK

Defendant No. 4          THE OFFICERS INVOLVED
                         IN THE ATTACK UPON
                         ME IN CENTRAL booking
                         QUEENS KEW GARDEN

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV.

STATEMENT OF CIVIL
WEBSTER DRUMMOND 441 11 2786

On Dec 29 2011 I was arrested on 224 st in Queens and then taken to the 105 pct. After being processed at 105 pct. I was then transfered to central booking in Queens Kew Gardens by an transport officer. I wasn't able to get an name or an badge number. But I can I.D. him by sight. As I was cuffed this officer kept pulling me & pushing me around. I then asked him to stop handling me so roughtly for no reason. He then started cursing at me. As I was processed at central booking and after seeing medical and telling them I was O.K. an officer came back to the holding cell and took me back to the front cell. And then proceeded to handcuff & shackled me. I then asked why I was being cuffed up again. At least four or five officers took me down to the floor and started pushing my head into the bench and then picked me up and threw me into the air. I landed on my back with my hands cuffed behind me

I.V. STATEMENT OF CLAIM

WEBSTER DRUMMOND 441 1112786

INJURING MY RIGHT HAND MY WRIST & PINKIE FINGER CAUSING NERVE DAMAGE A CUT WRIST AND SORE BACK

MY WITTNESS IS SAM WHITE HE WAS PRESENT AT THE TIME OF INCENDENT AND WITTNESS EVERY-THING THAT HAPPENED TO ME.

Webster Drummond
7-9-2012

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

SEE ATTACHED PAGE

IV. A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

SEE ATTACHED PAGE

4

IV.A  WEBSTER DRUMMOND 441 111278

I THEN REQUESTED TO GO TO THE HOSPITAL. I WAS TAKEN OT QUEENS GENARAL HOSPITAL. I AM STILL NOT ABLE TO USE MY RIGHT HAND SEVEN MONTHS AFTER THIS INJURY. I'M TAKING MEDICATION FOR THE PAIN AND RECIEVING THERAPY I AM RIGHT HANDED. WHICH IS MY MOBILE HAND. AND I AM NOT ABLE TO USE MY HAND AS NORMALALY AS BEFORE. I SUFFER FROM PAIN & ACHES I AM NOT ABLE TO USE MY HAND FOR A PROLONGED TIME. I CAN ONLY USE MY HAND A FEW MINUTES AT A TIME. I AM SENDING COPIES OF MY MEDICAL RECORDS.

Webster Drummond
7-9-2012

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

$ 3,000,000. xx
THREE Million Dollars

I declare under penalty of perjury that on 7 9 2012, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this _9_ day of _July_, 20_12_ I declare under penalty of

perjury that the foregoing is true and correct.

_Webster Drummond_
Signature of Plaintiff
A . M . K . C
Name of Prison Facility
18-18 HAZEN ST
EAST ELMHURST
QUEENS N.Y. 11370
Address
441 11 12786
Prisoner ID#

**Prison Health Services**
**Contracted by NYC Department of Health and Mental Hygiene**

## CERTIFICATION

I, Petrina S. Mariner, the Director of Medical Records/Materials Management of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, hereby certify that the record of the attached is in the custody of and is an accurate and complete record of the condition, act, transaction, occurrence or event of this program concerning:

_Drummond, Webster_                    _441-11-12786_
Name of Patient                         Book and Case Number

I further certify that this record was made in the regular course of business of this program and it is the regular course of business of this program to makes such records. The record was made at the time of the condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter. The record contained herein is a certified reproduction of the record on file (in accordance with CPLR Section 2306)

_5-21-12_                               _[signature]_
Date                                    Petrina S. Mariner
                                        Director of Medical Records/MM

## DELEGATION OF AUTHORITY

I, Fazal M. Yussuff, Regional Director of Operations of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, certify that, Petrina Mariner, Director of Medical Records/Materials Management, of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, whose signature above is a responsible employee in this program. I hereby authorize her to certify records of this program as accurate and complete records of this program, such records having been made on the regular course of business of this program, such records having been made on the regular course of business of this program at the time of the condition, act, transaction, occurrence, or event recorded or within a reasonable time thereafter.

_[signature]_
Fazal M. Yussuff, MPA
Regional Director of Operations, PHS

| | | |
|---|---|---|
| Influenza - Refused | 2011-02-22 | |
| Pneumococcal - Refused | 2011-12-31 | |
| Pneumococcal - Refused | 2011-02-22 | |
| Hepatitis B (11-19) - Refused | 2011-06-15 | |
| Hepatitis B (20 and more) - Refused | 2011-12-31 | 1.0 ml |
| Hepatitis B (20 and more) - Refused | 2011-09-22 | 1.0 ml |
| Hepatitis B (20 and more) - Refused | 2011-02-22 | 1.0 ml |

**Vitals**

| Name | Date | Value |
|---|---|---|
| Temp | 05/07/2012 | 98.3 |
| BP | 05/07/2012 | 112/76 |
| RR | 05/07/2012 | 16 |
| Ht | 05/07/2012 | 5 ft 9 in |
| Wt | 05/07/2012 | 160 |
| BMI | 05/07/2012 | 23.63 |
| Peak Flow | 05/07/2012 | 500 |
| Pulse | 05/07/2012 | 76 |

**Patient Encounters**

| Date | Visit | Reason | Diagnosis |
|---|---|---|---|
| 05/17/2012 | Hand Speci | | Mallet finger |
| | | | Trigger finger (acquired) |
| | | | Injury to ulnar nerve |
| 05/16/2012 | ARNT | ARNT PROGRESS NOTE | |
| 05/07/2012 | Medical | ASTHMA | ASTHMA NOS |
| | | | Acute rhinitis |
| | | | Folliculitis barbae |
| 05/03/2012 | Orthopedic | sp. clinic ortho | FRACTURE NOS-CLOSED |
| 04/25/2012 | Sick Call | razor bumps | Folliculitis barbae |
| | | | Nerve or musculoskeletal symptoms, other |
| 04/19/2012 | Sick Call | renewal pain meds | Pain in limb |
| 04/11/2012 | POSTesting | HIV RAPID RPT | HIV COUNSELING |
| 03/23/2012 | Sick Call | ankle pain | Pain in limb |
| 03/20/2012 | Sick Call | PAIN RIGHT ANKLE | Pain in limb |
| 02/21/2012 | Dental | | |
| 02/09/2012 | Sick Call | Rt. Hand pain | Pain in limb |
| | | | Toothache |
| 02/07/2012 | Medical | ASTHMA | ASTHMA NOS |
| 01/26/2012 | Medical | asthma | |
| 01/23/2012 | Sick Call | he is c/o pain to r wright r finger for the past 1 month | Pain in limb |
| | | | CHRONIC PAIN DUE TO TRAUMA |
| 01/19/2012 | Medical | aSTHMA M.I. | |
| 01/16/2012 | Medical | m.i. asthma | |
| 01/10/2012 | Sick Call | Rhinitis | Xerosis cutis |
| | | | Acute rhinitis |
| 12/31/2011 | Intake | | ROUTINE MEDICAL EXAM |
| | | | Screening for other and unspecified cardiovascular conditions |

|  |  |  | ASTHMA NOS |
|---|---|---|---|
|  |  |  | HX-ALLERGY NEC |
|  |  |  | Cocaine abuse, continuous |
|  |  |  | Xerosis cutis |
|  |  |  | CHRONIC PAIN DUE TO TRAUMA |
| **09/23/2011** TEL |  | Discharge Medication |  |
| **09/22/2011** Intake |  |  | ROUTINE MEDICAL EXAM |
|  |  |  | ROUTINE MEDICAL EXAM |
|  |  |  | Screening for other and unspecified cardiovascular conditions |
|  |  |  | ASTHMA NOS |
|  |  |  | Dental disease NOS |
|  |  |  | Cocaine abuse, continuous |
| **07/13/2011** TEL |  | Discharge Medication |  |
| **06/29/2011** Dental |  |  |  |
| **06/23/2011** Sick Call |  | cold | Cold, common |
| **06/22/2011** TEL |  | Transfer Chart Review | ROUTINE MEDICAL EXAM |
| **06/15/2011** Intake |  | Intake | ROUTINE MEDICAL EXAM |
|  |  |  | Screening for other and unspecified cardiovascular conditions |
|  |  |  | ASTHMA NOS |
|  |  |  | Dental disease NOS |
|  |  |  | HX-ALLERGY NEC |
| **02/24/2011** TEL |  | Discharge Medication |  |
| **02/23/2011** TEL |  | Message |  |
| **02/22/2011** Intake |  | New Admission | ROUTINE MEDICAL EXAM |
|  |  |  | ASTHMA NOS |
| **02/20/2011** Intake |  |  | REFUSAL OF TREATMENT |

## Referrals

### Outgoing Referrals

| Referral From | Referral To | Start Date | End Date | Reason |
|---|---|---|---|---|
| Lester Lieberman, MD | Internal (REF) DOC | 05/03/2012 | 05/03/2013 | for the rt. ankle sneakers for 4 weeks |
| Lester Lieberman, MD | Hand Specialist WF | 05/03/2012 | 05/03/2013 | for fracture rt. 4th and 5th digits and nerve damage |
| Lester Lieberman, MD | Orthopedic (REF) Bellevue | 05/03/2012 | 05/03/2013 | Scan 5/3/12: for removal of lateral plate rt. ankle |
| Pheobe Goldsberry, PA | Orthopedic WF | 04/25/2012 | 04/25/2013 | Right hand pain\|Richard,Jean , MD 4/30/2012 4:58:24 PM > Approved |
| Azmat Hasan, MD | Orthopedic WF | 03/23/2012 | 03/23/2013 | Pain Rt ankle/Right hand pain\|Koutelos,Thomas 3/23/2012 9:57:06 AM > approved(covering for SMD) |
| Terry Gravesande, PA | Dental AMKC | 02/09/2012 | 02/09/2013 | Toothache\|Seen (Check Out) |
| Samuel Okorozo, PA | Dental AMKC | 09/22/2011 | 09/22/2012 | > Pls evaluate pt with loose teeth\|Discharged (Cancelled) |
| Yousef Mahadin, MD | Internal (REF) DOC | 06/23/2011 | 06/23/2012 | Seafood allergy |
| Zulfiquar Bhuiyan, MD | Dietary (REF) AMKC | 06/16/2011 | 06/16/2012 | Hx Allergy to seafood-hives per pt. |
| Zulfiquar Bhuiyan, MD | Dental EMTC | 06/16/2011 | 06/16/2012 | Toothache, loose teeth w partial dentures, plz eval. |
|  |  |  |  | 50 yo male refused admission H+P/Labs |



 **NYC**
Health
**Correctional Health Services**

Insurance: Self Pay

## DRUMMOND, WEBSTER

NYSID: 04068348K  BookCase: 4411112786
Facility Code: AMKC  Housing Area: 1 TOP
51 Y old Male, DOB: 08/17/1960
━━━━TH ST, PH, ████████ GARDENS, NY███

Appointment Facility: West Facility

06/28/2012                                                                    Hand WF

**Current Medications**
None

**Past Medical History**
Chickenpox, pt repeatedly told he didn't have chickenpox
Asthma

**Allergies**
Seafood: hives: Allergy

**Reason for Appointment**
1. Inj. rt. hand 4th and 5th fingers and nerve damage

[×]

**Electronically signed by Hand Specialist WF on 05/21/2012 at 09:01 AM EDT**

**Sign off status: Pending**

West Facility
16-06 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-4150
Fax:

Patient: DRUMMOND, WEBSTER    DOB: 08/17/1960    Progress Note: Hand WF    06/28/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for DRUMMOND, WEBSTER

 **NYC**
**Health**
**Correctional Health Services**

Insurance: Self Pay

# DRUMMOND, WEBSTER

NYSID: 04068348K  BookCase: 4411112786
Facility Code: AMKC  Housing Area: 1 TOP
51 Y old  Male, DOB: 08/17/1960
━━━━TH ST, PH, ━━━━━GARDENS, NY-━━━

Appointment Facility: West Facility

05/17/2012                                                  Kenneth Rose, MD

**Current Medications**
Ocean Nasal Spray 0.65 % Solution 2 puffs
Twice a Day, stop date 05/21/2012

**Past Medical History**
Chickenpox, pt repeatedly told he didn't have
chickenpox
Asthma

**Allergies**
Seafood: hives: Allergy

**Reason for Appointment**
1. Right hand nerve damage in the ulnar distribution from handcuff
injury 12/11. 5th mallet finger,5th trigger figer

**Examination**
General Examination:
    as above. Decrteased sensation in the ulnar nerve distribution of
the right hand.

**Assessments**
1. Mallet finger - 736.1 (Primary)
2. Trigger finger (acquired) - 727.03
3. Injury to ulnar nerve - 955.2

**Treatment**
**1. Mallet finger**
Splinted mallet finger for 6 wks, expectant care of other injuries.

**Follow Up**
6 Weeks

**Addendum:**
05/18/2012 06:00 PM Walker, Curt > CONSULT REVIEWED. PT
WAS SEEN. RTC 6 WEEKS.

Electronically signed by Kenneth Rose on 05/17/2012 at

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Kenneth Rose, MD   05/17/2012
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**08:55 AM EDT**

**Sign off status: Completed**

---

<div align="center">

**West Facility**
**16-06 Hazen Street**
**East Elmhurst, NY 11370**
**Tel: 718-546-4150**
**Fax:**

</div>

---

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Kenneth Rose, MD   05/17/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Referral To:Hand Specialist WF    Hand Speci
       Reason:for fracture rt. 4th and 5th digits and nerve damage

**2. Others**
Referral To:Internal (REF) DOC
       Reason:for the rt. ankle sneakers for 4 weeks

**Follow Up**
3 Monthsfor the rt. ankle

Disposition: General Population

**Addendum:**
05/04/2012 04:24 PM Villalobos, Jorge > Consult reviewed. No
action needed. F/u as recommended by specialist.



**Electronically signed by Lester Lieberman MD on
05/03/2012 at 12:37 PM EDT**

**Sign off status: Completed**

---

West Facility
16-06 Hazen Street
East Elmhurst, NY 11370
Tel: 718-540-4150
Fax:

---

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Lester Lieberman, MD   05/03/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Health**
**Correctional Health Services**

**DRUMMOND, WEBSTER**
NYSID: 04068348K  BookCase: 441112786
Facility Code: AMKC  Housing Area: 2 TOP
51 Y old  Male, DOB: 08/17/1960
████ ██████ TH ST, PH, ████████ GARDENS, NY-████

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

04/25/2012                                                Pheobe Goldsberry, PA

**Current Medications**
None

**Past Medical History**
Chickenpox, pt repeatedly told he didn't have chickenpox
Asthma

**Allergies**
Seafood: hives: Allergy

**Reason for Appointment**
1. Pt. is a 51 year old male here c/o razor bumps. Pt. also c/o right hand pain since being handcuffed tightly previously and since he broke his hand in 2005.

**Vital Signs**

| BP | | |
|---|---|---|
| 110/80 | 04/25/2012 11:14:28 AM | Pheobe Goldsberry |
| **Pulse** | | |
| 84 | 04/25/2012 11:14:28 AM | Pheobe Goldsberry |
| **RR** | | |
| 16 | 04/25/2012 11:14:28 AM | Pheobe Goldsberry |
| **Temp** | | |
| 99.0 | 04/25/2012 11:14:28 AM | Pheobe Goldsberry |

**Examination**
General Examination:
    SKIN: + papular rash in beard. .
    MUSCULOSKELETAL: + pain with rom of right hand 5th digit and right hand fifth metacarpal. .

**Assessments**
1. Folliculitis barbae - 110.0 (Primary)
2. Nerve or musculoskeletal symptoms, other - 781.99

+ right hand pain.

**Treatment**
**1. Folliculitis barbae**
Start Cleocin-T Lotion, 1 %, QS, Externally, Twice a Day, 10 days, Pharmacy

**2. Nerve or musculoskeletal symptoms, other**
Start Ibuprofen Tablet, 400 MG, 1 tab, Orally, Twice a Day, 4 days, Pharmacy

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Pheobe Goldsberry, PA   04/25/2012
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Case 1:12-cv-03688-WFK-VMS    Document 1    Filed 07/18/12    Page 17 of 26 PageID #: 9
17

xray of right hand shows degenerative changes.
Referral To:Orthopedic WF    Orthopedic
            Reason:Right hand pain

Notes: RTc prn.



**Electronically signed by Pheobe Goldsberry PA on
04/25/2012 at 11:22 AM EDT**

**Sign off status: Completed**

---

**Anna M. Kross Correctional Facility**
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

---

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Pheobe Goldsberry, PA   04/25/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*


**Health**
**Correctional Health Services**

## DRUMMOND, WEBSTER
NYSID: 04068348K BookCase: 4411112786
Facility Code: AMKC Housing Area: 2 TOP
51 Y old Male, DOB: 08/17/1960
━━━━TH ST, PH, ━━━━━━ GARDENS, NY- ━━
Insurance: Self Pay

02/09/2012

Terry Gravesande, RPA

**Current Medications**
Albuterol Sulfate HFA Aerosol Solution 108
(90 Base) MCG/ACT 2 puffs Every 6 Hours,
as needed, stop date 03/31/2012

**Past Medical History**
Chickenpox, pt repeatedly told he didn't have
chickenpox
Asthma

**Allergies**
Seafood: hives: Allergy

**Reason for Appointment**
1. Rt. Hand pain

**History of Present Illness**
Notes::
   Pt. c/o Rt. Hand pain secondary to application of tight handcuff x 6
wks. pt. enqiring about XRay which shows old fracture and
Arthritis.bpt. also c/o Toothache of loose Lt. lower tooth.

**Vital Signs**

| BP | | |
|---|---|---|
| 100/68 | 02/09/2012 11:33:59 AM | Terry Gravesande |
| **Pulse** | | |
| 70 | 02/09/2012 11:33:59 AM | Terry Gravesande |
| **RR** | | |
| 16 | 02/09/2012 11:33:59 AM | Terry Gravesande |
| **Temp** | | |
| 97.8 | 02/09/2012 11:33:59 AM | Terry Gravesande |

**Past Orders**
Wrist Right Ap, Oblique, Lateral (XRAY) (Collection Date -
01/24/2012)
   Result: Normal/Negative/Non-Reactive
   Notes: Walker,Curt , PA 1/25/2012 6:02:00 PM > STUDY: RIGHT
WRIST X-RAY CLINICAL HISTORY: TECHNIQUE: FINDINGS: There
is a healed fifth metacarpal fracture. There are moderate degenerative
changes with narrowing of the radiocarpal joint. No acute fracture.
IMPRESSION: Moderate arthritis. Healed right fifth metacarpal
fracture. No acute fracture or dislocation is seen. Report Electronically
Signed by: Jack Baldasar Report Signed on: 01/25/2012 6:24 AM F/U
PRN

**Examination**

General Examination:
   GENERAL APPEARANCE: well-appearing, well-developed, , no
acute distress. HEENT: **HEAD:-**, normocephalic, **EYES:-**, PERRLA,

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Terry Gravesande, RPA   02/09/2012
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.156.157.40:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...    5/21/2012

EOMI. NECK: GENERAL:-, supple, no thyromegaly, no lymphadenopathy, no carotid bruit, no JVD. HEART: PMI:-, normal, RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-, normal S1S2. CHEST: SHAPE AND EXPANSION:-, normal. LUNGS: normal, , clear to auscultation bilaterally, no wheezes/rhonchi/rales, regular breathing rate and effort, good air exchange. ABDOMEN: normal without tenderness, masses, or megaly, soft, NT/ND, BS present, . SKIN: normal, no rash, unremarkable, good turgor, moist, warm. EXTREMITIES: normal ROM, no edema, pulses 2 plus bilaterally, sensations normal. PERIPHERAL PULSES: normal (2+) bilaterally. NEUROLOGIC EXAM: unremarkable, normal cranial nerves II-XII sensory & motor WNL, DTR 2 plus. MENTAL STATUS: alert , oriented to person, oriented to place, oriented to time. LAB TESTS REVIEWED ISTORY: TECHNIQUE: AP, oblique, and lateral views. FINDINGS: Healed fifth metacarpal fracture is seen. There are moderate degenerative changes. No other acute fracture or dislocation. IMPRESSION: Healed right fifth metacarpal fracture. Moderate arthritis. No new fracture is seen. Report Electronically Signed by: Jack Baldasar Report Signed on: 01/25/2012 6:24 AM F/U PRN .

**Assessments**
1. Pain in limb - 729.5
2. Toothache - 525.9

**Treatment**
**1. Pain in limb**
Start Ibuprofen Tablet, 400 MG, 1 tab, Orally, Every 12 Hours, 7 days, Pharmacy, Refills 0

**2. Toothache**
Referral To:Dental AMKC    Dental
          Reason:Toothache

Disposition: GP with no follow up



**Electronically signed by Terry Gravesande PA on 02/09/2012 at 11:39 AM EST**

**Sign off status: Completed**

---

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Terry Gravesande, RPA   02/09/2012
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.156.157.40:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...    5/21/2012

**Anna M. Kross Correctional Facility**
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

---

**Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Terry Gravesande, RPA   02/09/2012**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**DRUMMOND, WEBSTER**
NYSID: 04068348K BookCase: 4411112786
Facility Code: AMKC Housing Area: W17UA
51 Y old Male, DOB: 08/17/1960
TH ST, PH, GARDENS, NY-
Insurance: Self Pay

**Health**
**Correctional Health Services**

01/23/2012                                    Frantz Nicholas, PA

**Current Medications**
Albuterol Sulfate HFA Aerosol Solution 108
(90 Base) MCG/ACT 2 puffs Every 6 Hours,
as needed, stop date 03/31/2012
DermaVantage Lotion APP Apply Every 12
Hours, stop date 01/24/2012

**Past Medical History**
Chickenpox, pt repeatedly told he didn't have
chickenpox
Asthma

**Allergies**
Seafood: hives: Allergy

**Reason for Appointment**
1. He is c/o pain to r wright r finger for the past 1 month

**Vital Signs**

| BP | | |
|---|---|---|
| 118/70 | 01/23/2012 02:35:24 PM | Frantz Nicolas |
| **Pulse** | | |
| 80 | 01/23/2012 02:35:24 PM | Frantz Nicolas |
| **RR** | | |
| 14 | 01/23/2012 02:35:24 PM | Frantz Nicolas |
| **Temp** | | |
| 98.7 | 01/23/2012 02:35:24 PM | Frantz Nicolas |

**Examination**
General Examination:
    HEART: PMI:-, normal, HEART SOUNDS:-, normal S1S2.
LUNGS: no wheezes/rhonchi/rales.  ABDOMEN: soft, NT/ND, BS
present.  EXTREMITIES: he is unable to make a complete fist because
of pain.There is no swelling or deformity to r wrist and fingers.

**Assessments**
1. Pain in limb - 729.5 (Primary)
2. CHRONIC PAIN DUE TO TRAUMA - 338.21

**Treatment**
**1. Pain in limb**
Start Ibuprofen Tablet, 400 MG, 1 tab with food, Orally, Twice a Day, 5
days, Pharmacy, Refills 0
Diagnostic Imaging:Fingers Right Ap, Oblique, Lateral (XRAY), Wrist
Right Ap, Oblique, Lateral (XRAY)

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Frantz Nicholas, PA   01/23/2012
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.156.157.40:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...    5/21/2012



Electronically signed by Frantz Nicolas PA on 01/23/2012 at 03:30 PM EST

Sign off status: Completed

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Frantz Nicholas, PA   01/23/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

General Appearance: no acute distress. Hygiene: unremarkable.
Ill-appearance: none. Mental Status: alert and oriented.
Mood/Affect: cooperative. Speech: unremarkable. Eye
contact: normal. Build: average .
HEENT:
    Head: normocephalic, atraumatic. Eyes: PERRLA, EOMI. Ears: no
gross hearing deficits. Nose: normal mucosa. Throat: no erythema or
exudate. Oral cavity: upper and lower plate..
BACK:
    General: non-tender.
NECK:
    General: supple.
CHEST:
    Shape and expansion: no chest wall tenderness.
BREASTS:
    General declined.
LUNGS:
    Airflow: normal air movement. Auscultation: CTA bilaterally.
Effort: no respiratory distress. Rate: regular.
HEART:
    Rhythm: regular. Heart sounds: normal S1S2. Rate: regular.
ABDOMEN:
    Auscultation:  normal bowel sounds. Palpation soft, nontender, no
guarding.
RECTUM/ANUS:
    Digital Rectal Exam Refused.
GU - MALE:
    Exam Not Done patient refused.
EXTREMITIES:
    General: no visible deformities, full range of motion.
MUSCULOSKELETAL:
    Finger: painful 3rd finger rt hand.
SKIN:
    General: generalized dryness. Rash: No Rash.
LYMPHATICS:
    Lymph Nodes No palpable adenopathy.
NEUROLOGICAL:
    Sensory: normal sensation. Motor: normal strength bilaterally.
Reflexes: 2+ bilaterally and symmetric. Gait: normal.
Cerebellar: WNL. Cognition: normal. Cranial Nerves: CN's II-XII
grossly intact. General: alert and oriented x 3. Tone: no rigidity.
Speech: clear. Muscle Bulk: no atrophy. Involuntary Movements: no
tremors seen .
MENTAL STATUS EXAM:
    Orientation oriented to person, place and time.
Psychomotor normal. Mood euthymic. Affect appropriate to mood.
Thought Process logical. Delusions denied. Hallucinations denied.
Suicidal ideation denied. Homicidal ideation denied.
Speech coherent .

**Assessments**
1. ROUTINE MEDICAL EXAM - V70.0 (Primary)

Patient: DRUMMOND, WEBSTER   DOB: 08/17/1960   Progress Note: Susan Noah, RPA   12/31/2011
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.156.157.40:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...    5/21/2012

| | | |
|---|---|---|
| **Anna M. Kross Correctional Facility** | | **Frantz Nicholas, PA** |
| 18-18 Hazen Street East Elmhurst, NY 11370 | | **Physician Assistant** |
| Tel: 718-546-3550  Fax: | | |

| | | |
|---|---|---|
| **Patient:** | DRUMMOND, WEBSTER | |
| **DOB:** | 08/17/1960, Sex: Male | **05/21/2012** |
| **Address:** | ██ ██ ██TH ST, PH, ██████ GARDENS, NY ████ | |
| **Phone:** | | |

| | |
|---|---|
| **Ordered Date:** | 01/23/2012 |
| **Assessments:** | Pain in limb |
| **Lab:** | Fingers Right Ap, Oblique, Lateral (XRAY) |
| **Fasting:** | No |
| **Specimen:** | Collection Date:01/24/2012   Time:3:41 PM |
| **Clinical Info:** | |

| Name | Value | Reference Range |
|---|---|---|
| **Result:** | Abnormal/Positive/Reactive | |
| **Received Date:** | 01/25/2012 | |
| **Notes:** | Walker,Curt , PA 1/25/2012 6:06:59 PM > STUDY: RIGHT FINGERS X-RAY CLINICAL HISTORY: TECHNIQUE: AP, oblique, and lateral views. FINDINGS: Healed fifth metacarpal fracture is seen. There are moderate degenerative changes. No other acute fracture or dislocation. IMPRESSION: Healed right fifth metacarpal fracture. Moderate arthritis. No new fracture is seen. Report Electronically Signed by: Jack Baldasar Report Signed on: 01/25/2012 6:24 AM F/U PRN | |

### Patient Name: DRUMMOND, WEBSTER , DOB: 08/17/1960

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE     **CHS FORM B**

# MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

**3**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|

**2**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|

**1**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| Drummond | Webster | | 441 11 2786 | C95 | | | |
| DRUG Ibuprofen | | DOSE 400mg | ROUTE Po | FREQUENCY BID | DURATION 5 days | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

| DATE 3/20/12 | TIME | PRESCRIBER SIGNATURE Hasan STAMP Azmat Hasan, MD | | | RPh |
|---|---|---|---|---|---|

Write medication orders beginning from bottom of page.
Chart Copy--White; Pharmacy Copy--Yellow

CHS 326 (4/04)

*Sec5- RANGE OF MOTION (ROM)*
*→ "COMPRESSION" c̄ (1) hands -*

18

# LOCAL 32B-J HEALTH CENTER

─────── 101 Avenue of the Americas • New York, NY 10013-1906 • (212) 388-3199 ───────



### HAND - 49
*Finger Extension with Thumb Abduction with Rubber Band*

With rubber band around thumb and specific finger (or all fingers) and hand held slightly cupped, gently spread thumb and finger(s) apart.

Repeat _____ times per set.
Do _____ sets per session.
Do _____ sessions per day.

*Copyright VHI 1994*

### HAND - 50
Finger Abduction with Rubber Band

Wrap rubber band around two adjacent fingers or all four fingers. Gently spread fingers apart. Return to start position.

Repeat _____ times per set.
Do _____ sets per session.
Do _____ sessions per day.

*Copyright VHI 1994*

### HAND - 51
Thumb Extension with Rubber Band

From palm up position,
with rubber band around fingers and thumb,
move thumb outward.

Repeat _____ times per set.
Do _____ sets per session.
Do _____ sessions per day.

*Copyright VHI 1994*

### HAND - 52
Thumb Abduction with Rubber Band

From palm up position, with rubber band around fingers and thumb, move thumb upward away from palm.
Return.

Repeat _____ times per set.
Do _____ sets per session.
Do _____ sessions per day.

*Copyright VHI 1994*



Printed on
Recycled Paper

36